**Motions Granted; Memorandum Opinion filed July 10, 2018, Withdrawn; Appeal Reinstated; and Order filed September 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00122-CV

_____

**MARTHA PATRICIA VALENCIA, Appellant**

**V.**

**THOMAS MCLENDON, INDIVIDUALLY AND AS OWNER AND REPRESENTATIVE OF YEAH YOU RIGHT ENTERPRISES, INC. D/B/A THE BIG EASY SOCIAL AND PLEASURE BAR, AND ANTHONY BAZILE, INDIVIDUALLY AND AS TRUSTEE OF BAZILE LIVING TRUST, Appellees**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-59455**

## ORDER

On July 10, 2018, this court issued an opinion dismissing this appeal. On August 9, 2018, appellant filed (1) a motion for rehearing, and (2) a motion to extend time to file a motion for rehearing. Both motions are **GRANTED**.

This court's opinion filed July 10, 2018, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

Appellant's brief is due by **October 8, 2018**.

PER CURIAM